


**FILED**
12/11/2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# RECEIVED

**MAY 30 2017** EAA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


Marcus Thomas

#49950-424

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Department

Officer Barry Cunningham,

Officer Kevin Graney,

Officer D. Blanchard,

Officer George Anaya

Officer Joseph Ramirez

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

Case
(To

17c 4090
Judge  John Robert Blakey
Magistrate Judge Mary M. Rowland
PC 8

**CHECK ONE ONLY:**

✓ _____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Continue of Pg. 1

Plaintiff
- VS -
Defendants

Defendants

Officer, Andrew Hamick
Officer, Jonathan Jones
Officer, Christopher BraTck

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

   A.    Name: _Marcus Thomas_

   B.    List all aliases: _None_

   C.    Prisoner identification number: _49950-424_

   D.    Place of present confinement: _Metropolitan Correctional Center (chicago)_

   E.    Address: _71 W. VanBuren Street, Chicago, Illinois 60605_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.    Defendant: _Berry Cunningham_

         Title: _Chicago Police Officer_

         Place of Employment: _(15 District) 5701 W. Madison_

   B.    Defendant: _Kevin Graney_

         Title: _Chicago Police officer_

         Place of Employment: _(15 District) 5701 W. Madison_

   C.    Defendant: _D. Blanchard_

         Title: _Chicago Police officer_

         Place of Employment: _(15 District) 5701 W. Madison_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Continue of Defendants

pg. 2

II Defendants

D. Defendant: George Anaya
   Title: Chicago Police officer
Place of Employment: (15 District) 5701 W. Madison

E. Defendant: Joseph Ramirez
   Title: Chicago Police Officer
Place of Employment: (15 District) 5701 W. Madison

F. Defendant: Andrew Hamick
   Title: Chicago Police officer
Place of Employment: (15 District) 5701 W. Madison

G Defendant: Jonathon James
   Title: Chicago Police officer
Place of Employment: (15 District) 5701 W. Madison

H. Defendant: Christopher Bratek
   Title: Chicago Police officer
Place of Employment: (15 District) 5701 W. Madison

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.     Name of case and docket number: _____ *None* _____

_____

B.     Approximate date of filing lawsuit: _____ *None* _____

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ *None* _____

_____
_____ *None* _____
_____

D.     List all defendants: _____ *None* _____

_____
_____
_____ *None* _____

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *None* _____

F.     Name of judge to whom case was assigned: _____ *None* _____

_____

G.     Basic claim made: _____ *None* _____

_____
_____

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ *None* _____

_____
_____

I.     Approximate date of disposition: _____ *None* _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On June 25, 2015, I the plaintiff Marcus Thomas # 49950-424 was riding a bicycle near the intersection of Congress Parkway and Lotus Avenue when a unmarked Ford truck drove up and officer Cunningham exited the vehicle with his gun out and shouted for me (I the plaintiff) to freeze. I the plaintiff then got off of the bicycle and began to flee away from officer Cunningham. As I ran away I turned northbound between two residential homes. It was that time I decided to stop ~~running~~ running. Seconds later officer Cunningham appeared still with his weapon drawn, he ordered me to put my hands up in the air which I did immediatly. After seeing my hands in the air officer Cunningham ordered for me to lay on the ground which I also did. I was then placed

4                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

in handcuffs by officer Cunningham in the presence of officer Hemick, I was then asked by officer Cunningham "where did you throw the gun" which I told officer Cunningham "I don't have a gun". After hearing my response officer Cunningham then kicked me in my face while I was lying down or my stomach face down on the ground which resulted in my right eye being split open and left bleeding. He then shouted "stop lying, we saw you on camera dumb ass". Again in the presence of officer Hemick along with officer Graney, neither officer reported officer Cunningham kicking me in the face. I was taken into custody and transported to District 15 police headquarters by officer Blanchard and officer Anaya. I was placed in a interview room with no camera or recording device were I asked to get some medical attention from my arresting officers, which they all ignored and while waiting in the interview room officer Cunningham, officer Jones,

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Pg: 6
Continue of Statement of claim:

and officer Ramirez Came into the interview room
and Saw my eye bleeding So I asked them
to get me some attention again which they
ignored me as well but one of the officers, I
don't recall his name because of the blood
running down my face, but one of the three
officers decided to unhandcuff me and take
me to a sink outside of the interview room to
wash the blood out of my eye. I don't fully
recall which of the the three officers took
me to the sink. After washing the blood out of
my eye I was given naptkins to place over
my eye then taken back into the interview room,
After failed attempts to stop the bleeding I
asked Several times for medical attention which
I was denied for the third time or fourth
time. Inside of my arrest report under visual
check of arrestee they asked are asked "is
there obvious pain or injury? That question was
answered no. There was obvious pain and injury
with my eye bleeding and blood on my shirt.
Also the visual of my eye split open on my
mugshot picture.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like to be awarded four hundred thousand dollars for punitive damage also one hundred thousand dollars for punitive, pain and suffering / mental Deteriation plus all costs incurred during civil suit, including attorney's fees, service fees, ect.

**VI.    The plaintiff demands that the case be tried by a jury.** ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this *May* day of *4* , 20 *17*

_Marcus Thomas_
(Signature of plaintiff or plaintiffs)

_Marcus Thomas_
(Print name)

_49950 - 424_
(I.D. Number)

_71 W. VanBuren Street, Chicago Illinois 60605_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]